In the Matter of the Application of the CITY OF NEW YORK, Appellant, for a Writ of Certiorari against ELBERT SLOAT et al., as Assessors of the Town of Carmel, Respondents.

*Matter of City of New York,* 106 App. Div. 614, affirmed.
(Argued November 21, 1905; decided December 5, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

June 29, 1905, which affirmed an order of Special Term confirming the proceedings of the respondents herein in assessing property of the petitioner for the purpose of taxation and dismissed a writ of certiorari to review such proceedings.

*John J. Delany, Corporation Counsel (I. J. Beaudrias* of counsel), for appellant.

*Clayton Ryder* and *George E. Anderson* for respondents.

Order affirmed, with costs, on opinion in *Matter of City of New York* v. *Mitchell* (183 N. Y. 245).

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.